**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   KENNETH J KACZMAREK                     §   Case No.: 05-56674
                                                 §
                                                 §
         Debtor(s)                               §

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/15/2005.

2) This case was confirmed on 01/12/2006.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 01/19/2010.

6) Number of months from filing to the last payment: 51

7) Number of months case was pending: 56

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    11,250.00

10) Amount of unsecured claims discharged without payment $   67,956.24

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 10,816.00 |
| Less amount refunded to debtor | $ 297.40 |
| **NET RECEIPTS** | $ 10,518.60 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ .00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 676.09 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 676.09 |
| Attorney fees paid and disclosed by debtor | $ 1,200.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| DELL COMMERCIAL CRED | SECURED | 300.00 | .00 | 300.00 | 300.00 | 10.05 |
| DELL COMMERCIAL CRED | UNSECURED | 1,920.76 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 1,016.48 | NA | NA | .00 | .00 |
| CITIMORTGAGE INC | SECURED | 32,331.24 | .00 | .00 | .00 | .00 |
| WELLS FARGO HOME MOR | SECURED | 88,580.73 | 87,621.21 | .00 | .00 | .00 |
| WELLS FARGO HOME MOR | SECURED | 2,800.00 | 733.16 | 733.16 | 733.16 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 69.00 | 1,110.23 | 1,110.23 | 1,110.23 | .00 |
| ADVOCATE MSO SERVICE | UNSECURED | 55.00 | NA | NA | .00 | .00 |
| ALLIED WASTE/GROEN W | UNSECURED | 181.90 | 136.83 | 136.83 | 136.83 | .00 |
| BUSINESS & LEGAL REP | UNSECURED | 320.08 | NA | NA | .00 | .00 |
| CCC INFORMATION SERV | UNSECURED | 1,923.60 | NA | NA | .00 | .00 |
| CARDIOLOGY DIAGNOSTI | UNSECURED | 2.40 | NA | NA | .00 | .00 |
| UNITED COLLECTION BU | UNSECURED | 39.40 | NA | NA | .00 | .00 |
| CHICAGO CENTRAL EP | UNSECURED | 39.40 | NA | NA | .00 | .00 |
| CHICAGO RIDGE FIRE D | UNSECURED | 73.96 | NA | NA | .00 | .00 |
| CHRIST MEDICAL CENTE | UNSECURED | 1,185.10 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 193.87 | NA | NA | .00 | .00 |
| CUPIC & DRAGISIC MD | UNSECURED | 1,350.80 | NA | NA | .00 | .00 |
| DAVID POWELL MD | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| DELUXE BUSINESS FORM | UNSECURED | 138.72 | NA | NA | .00 | .00 |
| GREAT AMERICAN BUSIN | UNSECURED | 108.45 | NA | NA | .00 | .00 |
| HAWKINSON FORD | UNSECURED | 2,266.02 | NA | NA | .00 | .00 |
| HUNT INSURANCE AGENC | UNSECURED | 145.34 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| I 80 AUTO PARTS CO I | UNSECURED | 1,600.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | 3,835.00 | 755.77 | 755.77 | 755.77 | .00 |
| INTERSTATE BATTERY | UNSECURED | 91.72 | NA | NA | .00 | .00 |
| LARRY ROESCH AUTOMOT | UNSECURED | 4,862.85 | 4,862.85 | 4,862.85 | 4,862.85 | .00 |
| MANORCARE HEALTH SER | UNSECURED | 1,104.91 | NA | NA | .00 | .00 |
| MERCEDES BENZ OF ORL | UNSECURED | 497.60 | NA | NA | .00 | .00 |
| MERCY HOSPITAL MEDIC | UNSECURED | 25,000.00 | NA | NA | .00 | .00 |
| MIDWEST DIAGNOSTIC P | UNSECURED | 34.10 | NA | NA | .00 | .00 |
| NICL LABORATORIES | UNSECURED | 11,246.52 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 156.15 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 220.15 | NA | NA | .00 | .00 |
| OAK LAWN RADIOLOGIST | UNSECURED | 1.20 | NA | NA | .00 | .00 |
| OAK LAWN MAZDA | UNSECURED | 444.88 | NA | NA | .00 | .00 |
| OAKLAWN RADIOLOGIST | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| OAK LAWN RADIOLOGIST | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| OFFICE DEPOT | UNSECURED | 184.14 | NA | NA | .00 | .00 |
| PACIFIC PULMONARY SE | UNSECURED | 139.20 | NA | NA | .00 | .00 |
| PALOS COMMUNITY HOSP | UNSECURED | 1,514.90 | NA | NA | .00 | .00 |
| PALOS EMERGENCY MEDI | UNSECURED | 461.00 | NA | NA | .00 | .00 |
| PARTS FIT INDUSTRY C | UNSECURED | 234.00 | NA | NA | .00 | .00 |
| PATHOLOGY CONSULTANT | UNSECURED | 27.70 | NA | NA | .00 | .00 |
| RADIOLOGICAL PHYSICI | UNSECURED | 6.70 | NA | NA | .00 | .00 |
| TONY RIZZA | UNSECURED | 91.20 | NA | NA | .00 | .00 |
| RUSH PRESBYTERIAN | UNSECURED | 64.74 | NA | NA | .00 | .00 |
| AT & T BANKRUPTCY | UNSECURED | 1,074.75 | NA | NA | .00 | .00 |
| SEAN & ANDERSON | UNSECURED | 120.20 | NA | NA | .00 | .00 |
| SILK SCREEN EXPRESS | UNSECURED | 170.64 | NA | NA | .00 | .00 |
| SNAP ON CREDIT LLC | SECURED | NA | 1,797.84 | 1,000.00 | 1,000.00 | 33.47 |
| SPECIALIZED UROLOGIC | UNSECURED | 383.05 | NA | NA | .00 | .00 |
| SUDHIR M GOKHALE MD | UNSECURED | 416.80 | NA | NA | .00 | .00 |
| SUPERIOR AIR GROUND | UNSECURED | 304.00 | 102.31 | 102.31 | 102.31 | .00 |
| SUPERIOR AMBULANCE | UNSECURED | 157.31 | NA | NA | .00 | .00 |
| TRACY AMBULANCE SERV | UNSECURED | 1,495.00 | NA | NA | .00 | .00 |
| US ENERGY SAVINGS CO | UNSECURED | 2,883.03 | NA | NA | .00 | .00 |
| US ENERGY SAVINGS CO | UNSECURED | 1,310.27 | NA | NA | .00 | .00 |
| W C L | UNSECURED | 1,810.00 | NA | NA | .00 | .00 |
| SNAP ON CREDIT LLC | UNSECURED | 1,897.72 | .00 | 797.84 | 797.84 | .00 |
| CHRIST HOSPITAL | OTHER | .00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | OTHER | .00 | NA | NA | .00 | .00 |
| IL DEPT OF HUMAN SER | UNSECURED | 3,835.00 | NA | NA | .00 | .00 |
| MERCY HOSPITAL | OTHER | .00 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | OTHER | .00 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.================================================================================.
| **Scheduled Creditors:**                                                       |
|                                                                                |
| Creditor                 Claim          Claim          Claim       Principal       Int.    |
|   Name         Class    Scheduled      Asserted       Allowed        Paid         Paid    |
|                                                                                |
| SBC             OTHER         .00           NA            NA           .00          .00   |
| JUDITH KACZMAREK OTHER        .00           NA            NA           .00          .00   |
| JUDITH KACZMAREK OTHER        .00           NA            NA           .00          .00   |
.================================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 733.16 | 733.16 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | 1,300.00 | 1,300.00 | 43.52 |
| **TOTAL SECURED:** | 2,033.16 | 2,033.16 | 43.52 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 1,110.23 | 1,110.23 | .00 |
| **TOTAL PRIORITY:** | 1,110.23 | 1,110.23 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 6,655.60 | 6,655.60 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 676.09 |
| Disbursements to Creditors | $ | 9,842.51 |
| **TOTAL DISBURSEMENTS:** | $ | 10,518.60 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    06/07/2010              /s/ Tom Vaughn
                                  Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**